NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
California Bar No. 222875
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California  90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br><br>ONE ANCIENT MOSAIC,<br><br>        Defendant. | No. 2: 18-CV-04420<br><br>WARRANT |

       TO:   FEDERAL BUREAU OF INVESTIGATION:

       A complaint having been filed in this action,

       IT IS ORDERED that you seize the defendant, One Ancient Mosaic, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until

1 further notice of the Court.

2      YOU ARE FURTHER ORDERED to file this process in this Court with your
3 return promptly after execution.

4

5 DATED: _____       KIRY K. GRAY, Clerk

6

7                                                                                                                _____
                                                            Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28