UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE ANCIENT MOSAIC,<br><br>Defendant. | No. 2:18-CV-04420<br><br>[PROPOSED] ORDER APPOINTING THE FEDERAL BUREAU OF INVESTIGATION AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHALS SERVICE |

   IT IS HEREBY ORDERED that upon the arrest of the defendant One Ancient Mosaic (the "defendant mosaic"), the Federal Bureau of Investigation, 11000 Wilshire Blvd., Suite 1700, Los Angeles, California 90024, shall assume custody of the defendant mosaic on behalf of this Court, in place of the United States Marshals Service, and shall maintain custody of such defendant mosaic during the time it remains in custodia legis, pursuant to Rule G(3)(c)(I) and E(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

   IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall continue to maintain possession of the defendant mosaic in safe custody until such time

this Court orders the release or forfeiture of said defendant mosaic and said defendant mosaic is disposed of in accordance with Supplemental Rule G(7)(C), or as otherwise allowed by law;

IT IS FURTHER ORDERED that, before the delivery of the defendant mosaic after such release or disposal is ordered, all costs and charges of the Court and its officers, more particularly the Federal Bureau of Investigation, as Substitute Custodian, must first be paid, pursuant to Supplemental Rule E(5)(c); and

IT IS FURTHER ORDERED that, as Substitute Custodian of the defendant mosaic, the Federal Bureau of Investigation shall perform all duties and responsibilities that the United States Marshal is authorized to perform pursuant to the Supplemental Rules.

DATED: MAY 25, 2018

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/
_____
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America