FILED

MOHAMAD YASSIN ALCHARIHI
36811 45th Street East
Palmdale, California 93552
Phone:    818.915.2649
Email:    midan2020@yahoo.com

2018 JUL 13 PM 3: 32

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:18-CV-04420 JFW |
| Plaintiff, | |
| vs. | **VERIFIED ANSWER OF MOHAMAD YASSIN ALCHARIHI** |
| ANCIENT MOSAIC, | **AND JURY DEMAND** |
| Defendant. | |

1

**VERIFIED ANSWER OF MOHAMAD YASSIN ALCHARIHI**

For his answer to Plaintiff the UNITED STATES OF AMERICA's Verified Complaint, Claimant **MOHAMAD YASSIN ALCHARIHI** generally and specifically denies each and every allegation contained in Plaintiff's Complaint and further admits, denies and alleges as follows:

## JURISDICTION AND VENUE

1. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 1, and therefore denies it.

2. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 2, and therefore denies it.

3. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 3, and therefore denies it.

## PERSONS AND ENTITIES

4. Admit.

5. Admit.

6. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 6, and therefore denies it.

7. Admit.

## APPLICABLE FORFEITURE STATUTES

8. Deny.

## EVIDENCE SUPPORTING FORFEITURE

**A.  Importation of Defendant Mosaic into the United States**

9. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 9, and therefore denies it.

10. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 10, and therefore denies it.

11. Admit.

12. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 12, and therefore denies it.

13. Admit.

14. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 14, and therefore denies it.

**B.     Identification and Seizure of Defendant Mosaic**

15. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 15, and therefore denies it.

16. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 16, and therefore denies it.

17. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 17, and therefore denies it.

18. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 18, and therefore denies it.

19. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 19, and therefore denies it.

20. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 20, and therefore denies it.

21. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 21, and therefore denies it.

22. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 22, and therefore denies it.

23. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 23, and therefore denies it.

24. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny that portion of ¶ 24 consisting of "On March 19, 2016, agents obtained a

federal search and seizure warrant for Alcharihi's residence in Palmdale, California," and therefore denies it. MOHAMAD YASSIN ALCHARIHI admits that portion of ¶ 24 consisting of "During the execution of the warrant, agents seized the defendant mosaic, which is approximately 18 feet in length, 8 feet in height (approximately 5.5 by 2.5 meters), and weighs approximately 2,000 pounds. Below is a photograph of the defendant mosaic taken by FBI after the seizure."



25. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 25, and therefore denies it.

26. Admit.

27. Admit.

28. Admit.

29. Admit.

**C.   Interview of Alcharihi**

30. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to

admit or deny ¶ 30, and therefore denies it. but admit on March 19, 2016, agents interviewed Alcharihi at his residence, a. Alcharihi told the agents that he had worked as a technician and sales representative at Color Imaging Supply in Glendale, California since 2004. When asked if the job paid well, Alcharihi stated "not really", and indicated that he also operated a car business by which he bought salvaged cars in the United States that were then exported to Togo, Africa. Alcharihi said that he has a cousin in Africa whom he trusted to handle the car business there. Alcharihi admitted, however, that he did not earn much from the car business, either.

### D. Alcarihi's Email Communications Regarding Defendant Mosaic

31. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 31, and therefore denies it.

32. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 32, and therefore denies it.

33. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 33, and therefore denies it.

34. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 34, and therefore denies it.

35. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 35, and therefore denies it.

### E. Import Rules and Regulations

36. Admit.

37. Admit.

38. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to admit or deny ¶ 38, and therefore denies it.

39. MOHAMAD YASSIN ALCHARIHI is without sufficient knowledge to

**VERIFIED ANSWER OF MOHAMAD YASSIN ALCHARIHI**

admit or deny ¶ 39, and therefore denies it

MOHAMAD YASSIN ALCHARIHI is filing a properly executed verified claim with the Clerk of the US District Court, Central District of California concurrent with this pleading.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state claims upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint does not comply with the requirement of Supplemental Rule G to "state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial."

### THIRD AFFIRMATIVE DEFENSE

Forfeiture of the defendant currency violates the Due Process Clause of the Fifth Amendment to the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

There was no substantial connection between the Defendant property and an offense as required by 18 U.S.C. § 983(c)(3).

### FIFTH AFFIRMATIVE DEFENSE

The claim is barred by the doctrine of estoppel.

///
///

## SIXTH AFFIRMATIVE DEFENSE

The claim is barred by the statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

The property is not subject to seizure and forfeiture.

## EIGHTH AFFIRMATIVE DEFENSE

The Government has waited an unduly long time in asserting its claims and such delay has prejudiced the Claimants' rights and hindered the ability to defend/respond in this case, and therefore, the Plaintiff's claims are barred by Laches.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff has waived any claims it may otherwise have had.

## RESERVATION OF RIGHTS

Claimant MOHAMAD YASSIN ALCHARIHI reserves the right to assert additional affirmative defenses or amend these affirmative defenses as discovery warrants.

**WHEREFORE**, having fully answered Plaintiff's complaint and having alleged affirmative defenses, MOHAMAD YASSIN ALCHARIHI requests that

1. Plaintiff's complaint be dismissed with prejudice;
2. That MOHAMAD YASSIN ALCHARIHI be Ordered the rightful owner of the "ANCIENT MOSAIC" more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules; and,
3. That MOHAMAD YASSIN ALCHARIHI be awarded his costs and attorney fees incurred herein.

Dated: July 11, 2018            Respectfully,

_____
MOHAMAD YASSIN ALCHARIHI
Plaintiff, in Pro Per

**VERIFIED ANSWER OF MOHAMAD YASSIN ALCHARIHI**

## JURY DEMAND

Claimant MOHAMAD YASSIN ALCHARIHI hereby demands a trial by jury on all issues so triable.

Dated: July 11, 2018            Respectfully,

_____
MOHAMAD YASSIN ALCHARIHI
Plaintiff, in Pro Per


# VERIFICATION

I have read the foregoing **VERIFIED CLAIM OF OWNERSHIP BY MOHAMAD YASSIN ALCHARIHI** know its contents.

☑ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐ I am ___ an officer, ___ a partner ___, an agent ___, of _____, a party to this action, and am authorized to make this Verification for and on its behalf, and I make this Verification for that reason. I am informed and believe and on that ground, allege that the matters stated in the foregoing document are true. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐ I am one of the attorneys for _____, a party to this action. Such party is absent from the County of aforesaid where such attorneys have their offices, and I make this Verification for and on behalf, and I make this Verification for that reason. I am informed and believe and on that ground, allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed this 11th day of July 2018 at Los Angeles, California.

_____
MOHAMAD YASSIN ALCHARIHI