MOHAMAD YASSIN ALCHARIHI
36811 45th Street East
Palmdale, California 93552
Phone:     818.915.2649
Email:     midan2020@yahoo.com

Plaintiff in Pro Per

FILED
2018 JUL 13 PM 3:32

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:18-CV-04420 |
| Plaintiff, | |
| vs. | **VERIFIED CLAIM OF OWNERSHIP BY MOHAMAD YASSIN ALCHARIHI** |
| ANCIENT MOSAIC, | |
| Defendant. | |

**TO ALL PLAINTIFF AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT**: Claimant MOHAMAD YASSIN ALCHARIHI, asserts an ownership interest in the ANCIENT MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules.

1. Claimant, MOHAMAD YASSIN ALCHARIHI (hereinafter referred to as "ALCHARIHI"), is a resident of Palmdale, California.

2. Claimant, MOHAMAD YASSIN ALCHARIHI, has the right to make this claim by virtue of the fact that the property belongs to him.

3. The Claimant MOHAMAD YASSIN ALCHARIHI, is the sole individual owner of the ANCIENT MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules - the 11th labor of Hercules.

4. The ANCIENT MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules, was imported as trash and restored to value by the Claimant, MOHAMAD YASSIN ALCHARIHI, spending over $40,000 for the technique of restoration and preservation.

5. The ANCIENT MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules, popularly described in the antiquities industry as "The Eleventh Labor of Hercules" is a famous Mosaic in the history of Greek mythology that was damaged and in no condition to be displayed or shown to viewers as an item in a museum or other display venue.

6. Claimant MOHAMAD YASSIN ALCHARIHI paid for the importation and shipping of the MOSAIC,

7. Claimant MOHAMAD YASSIN ALCHARIHI has all necessary documentation of ownership for the ANCIENT MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules.

8. The ANCIENT MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules, is a "Turkish Mosaic."

9. Claimant MOHAMAD YASSIN ALCHARIHI has an invoice for the

purchase of the MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules.

10. The invoice was written in Turkish and English and listed the business that sold the MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules, to Claimant MOHAMAD YASSIN ALCHARIHI as "Ahmet Bostanci" with an address in a province in Turkey.

11. The invoice included a statement: "We Hereby declare and Certify that the contents covered by this receipt are all Turkish origin and has nothing to do whit [sic] Syria what so ever."

12. Additionally, Claimant MOHAMAD YASSIN ALCHARIHI has a copy of a Certificate of Origin reflecting Turkey as the country of origin of the MOSAIC. more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules

13. The property should be returned to Claimant MOHAMAD YASSIN ALCHARIHI for the reason that said property was not, and is not, subject to seizure or forfeiture.

14. Further, no probable cause existed for the seizure of his property and such property was unlawfully seized.

15. A demand is made forthwith, to allow Claimant MOHAMAD YASSIN ALCHARIHI the right to participate in these proceedings relating to the ANCIENT MOSAIC, more descriptively known as a 2000-Year-Old Roman Era Mosaic of Hercules.

Dated: July 11, 2018         Respectfully,

_____
MOHAMAD YASSIN ALCHARIHI
Plaintiff, in Pro Per

## VERIFICATION

I have read the foregoing **VERIFIED CLAIM OF OWNERSHIP BY**

**MOHAMAD YASSIN ALCHARIHI** know its contents.

☑      I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐      I am ___ an officer, ___ a partner ___, an agent ___, of _____, a party to this action, and am authorized to make this Verification for and on its behalf, and I make this Verification for that reason. I am informed and believe and on that ground, allege that the matters stated in the foregoing document are true. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐      I am one of the attorneys for _____, a party to this action. Such party is absent from the County of aforesaid where such attorneys have their offices, and I make this Verification for and on behalf, and I make this Verification for that reason. I am informed and believe and on that ground, allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed this 11th day of July 2018 at Los Angeles, California.

_____
MOHAMAD YASSIN ALCHARIHI

4

**VERIFIED CLAIM OF OWNERSHIP BY MOHAMAD YASSIN ALCHARIHI**