**DECLARATION OF KATHARINE SCHONBACHLER**

I, Katharine Schonbachler, declare and state as follows:

2. I am an Assistant United States Attorney in the Office of the United States Attorney for the Central District of California in Los Angeles, California, and am one of the attorneys responsible for the United States of America (collectively referred to as the "government" or "United States") in this matter.

3. On February 20, 2018, the Honorable George H. Wu, United States District Judge, granted the government's ex parte application for an extension of the deadline for filing a civil forfeiture complaint until May 23, 2018. *See, In the Matter of the Seizure of One 2000 Year Old Roman Era Mosaic of Hercules*, CR Misc. No. 16-00823. Attached hereto as Exhibit A is a true and correct copy of the Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 17, 2018 at Los Angeles, California.

*/s/ Katharine Schonbachler*
KATHARINE SCHONBACHLER