**JAMES S. LOCHEAD, ESQ.**
490 S. Fair Oaks Avenue
Pasadena, CA 91105
 Phone:    (626) 375-2295
 Email:     AggressiveDefense@hotmail.com

Attorney for
Mohamad Yassin Alcharihi

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br><br><br>MOHAMAD YASSIN ALCHARIHI<br><br>Applicant & Claimant,<br><br>vs.<br><br>ONE ANCIENT MOSAIC<br><br><br>Defendant, | CASE NO.: **2:18-CV-04420-JFW-SS**<br><br>**HONORABLE JOHN F. WALTER COURTROOM**<br><br>**DECLARATION OF MOHAMAD YASSIN IN SUPPORT OF MOTION OF MOHAMAD YASSIN ALCHARIHI TO UNSEAL DOCUMENTS HELD BY US GOVERNMENT REGARDING THE MATTER OF THE SEIZURE OF ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES, CR MISC. NO. 16-00823-GW**<br><br>Date:       November 25, 2019<br>Time:      1:30 PM<br>Courtroom: Courtroom 7A;<br>             Hon. John F. Walker |

1

**DECLARATION OF MOHAMAD YASSIN ALCHARIHI
TO UNSEAL DOCUMENTS**

# DECLARATION OF MOHAMAD YASSIN ALCHARIHI

I, Mohamad Yassin Alcharihi do declare and state as follows:

1. I am a the Applicant Claimant in this action. I am personally familiar of the contents as stated herein. If called as witness, I could, and would, competently attest thereto.

2. I make this Declaration in Support of my motion in support of my **EX PARTE APPLICATION OF MOHAMAD YASSIN ALCHARIHI TO UNSEAL DOCUMENTS HELD BY US GOVERNMENT REGARDING THE MATTER OF THE SEIZURE OF ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES, CR MISC. NO. 16-00823-GW; DECLARATION OF MOHAMAD YASSIN IN SUPPORT**.

3. I am a resident of Palmdale, California. ALCHARIHI is the sole individual owner of all the seized property described in detail herein which is the subject of this complaint, including but not limited to a Greek Mosaic, known as the 11th Trial of Hercules, which he imported as trash and restored to value spending over $40,000 for the technique of restoration and preservation. Petitioner wants his property returned released and returned to him as the proper and sole owner of all property described in the Search and Seizure Warrant, at issue herein. (Attached hereto as Exhibit A – is a true and correct copy of the Search Warrant in this matter.)

4. On March 19, 2016, Special Agents of the FBI and Department of Homeland Security, Homeland Security Investigations ("HSI") executed Search and Seizure Warrant No. 16-0589M, signed by the Honorable Jacqueline Choolijian, United States Magistrate Judge, for the search of my residence in Palmdale, California. The search warrant directed agents to seize items constituting evidence, contraband, fruits, and/or instrumentalities of violations of 18 U.S.C. § 542 (entry of goods into the United States by means of false statements), and 18 U.S.C. § 545 (smuggling goods into the United States), including but not limited to: looted and/or stolen antiquities appearing to

originate from Syria and/or Turkey, including mosaics and records related to antiquities. (Exhibit A.)

5. Pursuant to the search warrant, agents seized items that agents believed constituted evidence, contraband, fruits, and/or instrumentalities of the listed offenses, including the "2000-year-old era mosaic of Hercules" (the "Mosaic"), with FBI identification number 3410160067, that is the subject of Petitioner's Petition. When the item was imported to the United States, it was in poor condition and in need of restoration. I restored the Mosaic. (Exhibit A.)

6. The Greek Mosaic is the most valuable item in the list of property seized and sought to be returned to the Petitioner. It is the only item for which the FBI gave an identification number as indicated in the Summary. The Mosaic, popularly described in the antiquities industry as "The Eleventh Labor of Hercules" is a famous Mosaic in the history of Greek mythology. It was damaged and in no condition to be displayed or shown to viewers as an item in a museum or other display venue.

7. I paid for the importation of the Mosaic and all the other items on the list. Some items, however, were computers and records which were not related to importation of the Mosaic, but they were still seized by the government. Unfortunately, this action has destroyed my business of restoring items and conserving items which he legally acquires.

8. I filed all necessary claims of ownership and release of all properties.

9. On, May 20, 2016, my attorney forwarded a Legal Memorandum to the FBI showing in detail based on the facts and the case law that they had made a mistake and that Islamophobia and racism was the only basis for the search and seizure by the FBI. The Legal Memorandum requested return of all the seized property. (Attached hereto as Exhibit B, is a true and correct copy of the March 20, 2016 Memorandum.)

10. Thereafter, the FBI denied my claim of ownership and for release, and on May 17, 2016, the FBI initiated administrative forfeiture proceedings against the Mosaic by sending me a notice of the seizure.

11. In response, I submitted a claim to the FBI contesting the administrative forfeiture of the Mosaic. On the second page of his administrative claim, I identified the Mosaic as a "Turkish Mosaic."

12. In response to the FBI's proceedings, I provided a document marked as Exhibit A to the administrative claim, an invoice for the purchase of the Mosaic. The invoice was written in Turkish and English and listed the business that sold the Mosaic to me as "Ahmet Bostanci" with an address in a province in Turkey. The invoice included a statement: "We Hereby declare and Certify that the contents covered by this receipt are all Turkish origin and has nothing to do whit [*sic*] Israel what so ever."

13. Additionally, I submitted a copy of a Certificate of Origin to the Administrative Claim, reflecting Turkey as the country of origin of the Mosaic.

14. As a result of Defendants unlawful seizure and retention of his property, I have, and continue to incur, substantial hardship due to the government's seizure of the subject Mosaic and other property and its failure to initiate formal forfeiture proceedings or take action on my request for return of the Mosaic and other subject property.

15. In particular, I need to perform further restoration on the Mosaic and the FBI is unskilled, inexperienced and abysmally careless when it comes to preserving antiquities such as the Mosaic, other antiquities and properties, including but not limited to statues, and antiquities that need restoration and conversation. This seizure in addition is causing a loss of goodwill and the risk of permanently losing the interest of potential buyers of the Mosaic and other properties, and continuing infringement of my Fourth Amendment rights.

16. I request the release of the following categories of documents:

1) From the UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA, all information, documents, objects, and/or materials pertaining to any investigation (whether for asset forfeiture, criminal prosecution, or any other reason) of MOHAMAD YASSIN ALCHARIHI

4

**DECLARATION OF MOHAMAD YASSIN ALCHARIHI
TO UNSEAL DOCUMENTS**

from 2010 until the present, including but not limited to formal or informal reports; information pertaining to or gathered through surveillance; search warrants, affidavits, and returns; internal notes and memoranda; inner-office directives; transcriptions and/or recordings of interviews; communications with other federal agencies or entities, state and federal law enforcement, and state and federal prosecutors; computer database entries or records, including any metadata about when certain data were entered, modified, deleted, or accessed.

2) From the FEDERAL BUREAU OF INVESTIGATIONS, all information, documents, objects, and/or materials pertaining to any investigation (whether for asset forfeiture, criminal prosecution, or any other reason) of MOHAMAD YASSIN ALCHARIHI from 2010 until the present, including but not limited to formal or informal reports; information pertaining to or gathered through surveillance; search warrants, affidavits, and returns; internal notes and memoranda; inner-office directives; transcriptions and/or recordings of interviews; communications with other federal agencies or entities, state and federal law enforcement, and state and federal prosecutors; computer database entries or records, including any metadata about when certain data were entered, modified, deleted, or accessed.

3) From the US DEPARTMENT OF HOMELAND SECUIRTY, all information, documents, objects, and/or materials pertaining to any investigation (whether for asset forfeiture, criminal prosecution, or any other reason) of MOHAMAD YASSIN ALCHARIHI from 2010 until the present, including but not limited to formal or informal reports; information pertaining to

**DECLARATION OF MOHAMAD YASSIN ALCHARIHI
TO UNSEAL DOCUMENTS**

or gathered through surveillance; search warrants, affidavits, and returns; internal notes and memoranda; inner-office directives; transcriptions and/or recordings of interviews; communications with other federal agencies or entities, state and federal law enforcement, and state and federal prosecutors; computer database entries or records, including any metadata about when certain data were entered, modified, deleted, or accessed.

4) From the UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA, all information, documents, objects, and/or materials pertaining to any investigation (whether for asset forfeiture, criminal prosecution, or any other reason) regarding ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES, from 2010 until the present, including but not limited to formal or informal reports; information pertaining to or gathered through surveillance; search warrants, affidavits, and returns; internal notes and memoranda; inner-office directives; transcriptions and/or recordings of interviews; communications with other federal agencies or entities, state and federal law enforcement, and state and federal prosecutors; computer database entries or records, including any metadata about when certain data were entered, modified, deleted, or accessed.

5) From the FEDERAL BUREAU OF INVESTIGATIONS, all information, documents, objects, and/or materials pertaining to any investigation (whether for asset forfeiture, criminal prosecution, or any other reason) ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES, from 2010 until the present, including but not limited to formal or informal reports;

**DECLARATION OF MOHAMAD YASSIN ALCHARIHI
TO UNSEAL DOCUMENTS**

information pertaining to or gathered through surveillance; search warrants, affidavits, and returns; internal notes and memoranda; inner-office directives; transcriptions and/or recordings of interviews; communications with other federal agencies or entities, state and federal law enforcement, and state and federal prosecutors; computer database entries or records, including any metadata about when certain data were entered, modified, deleted, or accessed.

6) From the US DEPARTMENT OF HOMELAND SECUIRTY, all information, documents, objects, and/or materials pertaining to any investigation (whether for asset forfeiture, criminal prosecution, or any other reason) ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES, from 2010 until the present, including but not limited to formal or informal reports; information pertaining to or gathered through surveillance; search warrants, affidavits, and returns; internal notes and memoranda; inner-office directives; transcriptions and/or recordings of interviews; communications with other federal agencies or entities, state and federal law enforcement, and state and federal prosecutors; computer database entries or records, including any metadata about when certain data were entered, modified, deleted, or accessed.

7) From the Internal Revenue Service, all information, documents, objects, and/or materials pertaining to any investigation (whether for asset forfeiture, criminal prosecution, or any other reason) of MOHAMAD YASSIN ALCHARIHI from 2010 until the present, including but not limited to formal or informal reports; information pertaining to or gathered through surveillance;

7

**DECLARATION OF MOHAMAD YASSIN ALCHARIHI
TO UNSEAL DOCUMENTS**

search warrants, affidavits, and returns; internal notes and memoranda; inner-office directives; transcriptions and/or recordings of interviews; communications with other federal agencies or entities, state and federal law enforcement, and state and federal prosecutors; computer database entries or records, including any metadata about when specific data were entered, modified, deleted, or accessed.

8) From the Internal Revenue Service, all information, documents, objects, and/or materials pertaining to any investigation (whether for asset forfeiture, criminal prosecution, or any other reason) of ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES, from 2010 to the present, including but not limited to formal or informal reports; information pertaining to or gathered through surveillance; search warrants, affidavits, and returns; internal notes and memoranda; inner-office directives; transcriptions and/or recordings of interviews; communications with other federal agencies or entities, state and federal law enforcement, and state and federal prosecutors; computer database entries or records, including any metadata about when specific data were entered, modified, deleted, or accessed.

9) Any and all evidence or information pertaining to meetings and/or communications about MOHAMAD YASSIN ALCHARIHI between state law enforcement and federal law enforcement for *any* purpose, from 2010 until the present, including communications pertaining to asset forfeiture and criminal investigation - in particular, defendants seek all evidence and information pertaining to the state "hand off" of the case to one or more federal agencies.

8

**DECLARATION OF MOHAMAD YASSIN ALCHARIHI  
TO UNSEAL DOCUMENTS**

10) Any and all evidence or information pertaining to meetings and/or communications about ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES, between state law enforcement and federal law enforcement for *any* purpose, from 2010 until the present, including communications pertaining to asset forfeiture and criminal investigation - in particular, defendants seek all evidence and information pertaining to the state "hand off" of the case to one or more federal agencies.

11) Any and all evidence or information regarding government surveillance operations that occurred during and between 2010 and the present by federal law enforcement (or its agents) regarding MOHAMAD YASSIN ALCHARIHI.

12) Any and all evidence or information regarding government surveillance operations that occurred between 2010 and the present by federal law enforcement (or its agents) regarding ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES.

13) An order compelling the government to complete its disclosures by a certain date, to indicate which disclosures are responsive to which requests, to provide a list of items that have been requested but whose disclosure is refused, and prohibiting withholding of discovery or other materials to which the defense is entitled.

14) Any and all evidence or information, including all information subject to disclosure under Rule 16 in the possession, custody, or control of the government, or the existence of which is known, or by the exercise of due diligence could become known to the government, which evidence or information the government presently or at any time contemplates or considers using in its evidence at trial, in order to afford the Defendant an opportunity

to move for suppression.

15) In addition to such other evidence as may be subject to F.R.Cr.P. Rule 12(b)(4), notice of the following specific evidence of information is requested pursuant to F.R.Cr.P. Rule 12(b)(4):

   a. Evidence that was obtained through the illegal March 19, 2016 seizure, *or that relates to or was derived from* the March 19, 2016 search or seizure.

   b. Evidence that was obtained through any warrantless search or seizure, or that relates to or was derived from any such search or seizure regarding MOHAMAD YASSIN ALCHARIHI;

   c. Evidence that was obtained through any warrantless search or seizure, or that relates to or was derived from any such search or seizure regarding ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES;

   d. Evidence that was obtained through the execution of any search or seizure warrant, or that relates to or was derived from any such warrant regarding MOHAMAD YASSIN ALCHARIHI;

   e. Evidence that was obtained through the execution of any search or seizure warrant, or that relates to or was derived from any such warrant regarding ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES;

   f. Evidence that was obtained through any electronic or mechanical

surveillance or tape recordings, or that relates to or was derived from any such surveillance or recordings regarding MOHAMAD YASSIN ALCHARIH;

g.  Evidence that was obtained through any electronic or mechanical surveillance or tape recordings, or that relates to or was derived from any such surveillance or recordings regarding ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULES;

h.  Evidence that was obtained through any use of a mail cover, or that relates to or was derived from any such mail cover regarding MOHAMAD YASSIN ALCHARIH;

i.  Evidence that was obtained through any use of a mail cover, or that relates to or was derived from any such mail cover regarding ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULE;

j.  Any evidence relating to the exhibition or display of the defendant's photograph, likeness, image, or voice recording to anyone, not then employed by a law enforcement agency regarding MOHAMAD YASSIN ALCHARIH;

k.  Any evidence relating to the exhibition or display of the defendant's photograph, likeness, image, or voice recording to anyone, not then employed by a law enforcement agency regarding ONE 2000-YEAR-OLD ROMAN ERA MOSAIC OF HERCULE;

**DECLARATION OF MOHAMAD YASSIN ALCHARIHI
TO UNSEAL DOCUMENTS**

l.   Any written, recorded, or oral statements of MOHAMAD YASSIN ALCHARIH, or any other written, recorded, or oral statements by others intended to be offered as a statement of the MOHAMAD YASSIN ALCHARIH;

m.   (Due to the enormous volume of discovery in this case) Any evidence or information that falls within Rule 12(b)(4) (*see* ¶8) to *be specifically identified from among the items of other discovery* that has been or will be produced pursuant to Rule 16.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated this 17th day of October 2019.



Mohamad Yassin Alcharihi

**DECLARATION OF MOHAMAD YASSIN ALCHARIHI
TO UNSEAL DOCUMENTS**