NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
California Bar No. 222875
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>ONE ANCIENT MOSAIC,<br><br>    Defendant.<br><br>MOHAMAD YASSIN ALCHARIHI,<br><br>    Claimant. | No. 2:18-CV-04420-JFW (SSx)<br><br>STATUS REPORT RE STAY<br><br>Next Report Due: October 13, 2020 |

On December 26, 2018, the Court ordered that this civil forfeiture matter be stayed pending the conclusion of a related federal criminal matter. The Court further ordered that plaintiff file a status report every 60 days, with the first report due 60 days

Case 2:18-cv-04420-JFW-SSDocument 97Filed 08/03/20Page 2 of 2Page ID #:575

after the entry of the Order. The next status report will be filed on or before October 13, 2020.

    On July 24, 2020, a grand jury returned an indictment against claimant Mohamad Yassin Alcharihi ("Alcharihi") in <u>United States of America v. Mohamad Yassin Alcharihi</u>, CR 20-00307-MWF. If the related criminal matter is completed before any report is due, the Court ordered that the parties lodge a Stipulated Request to vacate the stay within 30 days of the completion of the criminal matter.

Dated: August 3, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Katharine Schonbachler*
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2