```
E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
MAXWELL COLL
California Bar No. 312651
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1785
     Facsimile: (213) 894-1042
     E-mail: Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ONE ANCIENT MOSAIC,<br><br>　　　　Defendant. | No. 2:18-CV-04420-JFW-SSx<br><br>**ORDER UNSEALING THE DECLARATIONS OF SPECIAL AGENT ELIZABETH RIVAS [Dkt Nos. 45, 52, 58, 63, 68, 75, 80, 86, 91, and 96]** |
| MOHAMAD YASSIN ALCHARIHI,<br><br>　　　　Claimant. | |

　　　The United States of America has applied ex parte to this Court for an order unsealing several declarations of Special Agent Elizabeth Rivas filed in the matter of United States v. One Ancient Mosaic, 2:18-CV-04420-JFW-SSx.  Upon consideration of the application and good cause appearing therefor,

IT IS HEREBY ORDERED that the declarations of Special Agent Elizabeth Rivas filed under seal in <u>United States v. One Ancient Mosaic</u>, 2:18-CV-04420-JFW-SSx, on December 20, 2018 (Dkt. 45); February 21, 2019 (Dkt. 52); April 22, 2019 (Dkt. 58); June 20, 2019 (Dkt. 63); August 20, 2019 (Dkt. 68); October 23, 2019 (Dkt. 75); December 18, 2019 (Dkt. 80); February 14, 2020 (Dkt. 86); April 15, 2020 (Dkt. 91); and June 12, 2020 (Dkt. 96) be unsealed. The Clerk of Court shall unseal the above-referenced docket entries, so that the previously sealed declarations appear on the public docket.

Dated: September 23, 2022

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

<u>Presented By:</u>

   /s/ *Maxwell Coll*
MAXWELL COLL
Assistant United States Attorney

2